IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JAMES HANDWORK**<br>Lake Erie Correctional Institution<br>P.O. Box 8000<br>Conneaut, Ohio 44030<br><br>   Plaintiff,<br><br>v.<br><br>**THE OHIO DEPARTMENT OF**<br>**REHABILITATION AND CORRECTION**<br>777 West Broad St.<br>Columbus, OH 43222<br><br>And<br><br>**GARY C. MOHR**<br>In his official capacity as Director of Ohio Department<br>of Rehabilitation and Correction<br>777 West Broad St.<br>Columbus, OH 43222<br><br>   Defendants. | Civil Action No. 1:16-cv-00825<br>Chief Judge:<br>Judge: Solomon Oliver, Jr. |

## NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE

  Plaintiff and Defendants, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby give notice of the Stipulated Dismissal of this action, in its entirety, with prejudice. The Parties shall bear their own costs and expenses associated with the action.

MICHAEL DEWINE
Ohio Attorney General

_____
George Horvath (0080466)
Assistant Attorney General
Criminal Justice Section
150 East Gay St., 16th Floor
Columbus, Ohio 43215
(614) 644-7233
(866) 429-9043
George.Horvath@ohioattorneygeneral.gov

Trial Counsel for Defendants

6/21/2017 - IT IS SO ORDERED.
/S/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT
JUDGE

_____
Freda J. Levenson (0045916)
*Trial Attorney for Plaintiff*

_____
Elizabeth Bonham (0093733)
ACLU of Ohio Foundation, Inc.
4506 Chester Ave.
Cleveland, OH 44103
Tel: (216) 472-2220
Fax: (216) 472-2210
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that the foregoing Notification was electronically filed with the District Court of the Northern District of Ohio on this 16th Day of June, 2017. The Court's electronic filing system will provide notice of this filing to all parties, and all parties may access this filing through the Court's electronic filing system.

s/ Freda Levenson
Freda Levenson (0045916)
Trial Attorney for Plaintiff